IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:24-cv-5111 |
| | § | |
| FEDERAL EXPRESS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C §§ 1441 and 1446, Defendant Federal Express Corporation, hereby removes Case No. 2024-84453 (the "State Court Action") from the 152nd Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas on the grounds that jurisdiction exists under 28 U.S.C. § 1331 and 1332.  In support of removal, Federal Express Corporation states as follows:

1.      On December 3, 2024, Plaintiff Gerald Williams filed his Original Petition against Federal Express Corporation in the State Court Action.

2.      Defendant Federal Express Corporation was served with the Petition on December 5, 2024. A copy of all process, pleadings, and orders served upon Defendant Federal Express Corporation are attached hereto as **Exhibit A**.

3.      This Court has original jurisdiction over this action under 28 U.S.C. §§ 1331 and 1332.

4.      This Court has original jurisdiction over this action under 28 U.S.C. § 1331 (federal question) because the nature of this action (*i.e.*, Plaintiff's allegations of race discrimination,

1

hostile work environment, and retaliation) are alleged to be brought under Title VII 42 U.S.C. § 2000e *et. seq*. (*See* Exhibit A, Pet. ¶ 6; *see also* Pet. VII Count 1 ¶ 32; Pet. VII Count 2 ¶¶ 29, 34, 42).

5.    Additionally, pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state law claims for unlawful employment practices based on race and engaging in a protected practice brought under Chapter 21 of the Texas Labor code, which has the general purpose to "provide for the execution of the policies of Title VII of the Civil Rights Act of 1964 and its subsequent amendments (42 U.S.C. Section 2000e et seq.)." Tex. Lab. Code § 21.001.

6.    This Court also has original jurisdiction over this action under 28 U.S.C. § 1332 (diversity) because this matter is between citizens of different states and the amount in controversy exceeds $75,000. Complete diversity exists because Plaintiff is a Texas citizen (s*ee* Exhibit A, Pet. ¶ 2) and Defendant Federal Express Corporation is a Delaware corporation with its principal place of business in Tennessee. Furthermore, it is apparent from the face of the Petition that the amount in controversy likely exceeds $75,000 because: (1) Plaintiff has alleged that this action is brought under Title VII and the TCHRA, both of which permit Plaintiff's potential recovery of damages against an employer such as Federal Express Corporation in an amount up to $300,000, *see* 42 U.S.C. § 1981a(b)(3)(D) and Tex. Lab. Code § 21.2585(d); and (2) Plaintiff  seeks damages for back pay, front pay, lost employment benefits, compensatory damages (including emotional distress damages), punitive damages, and attorney's fees and costs, (s*ee* Exhibit A, Pet. VII Count I ¶ 31, Count 2 ¶43, Count 3 ¶ 53; Pet. IX ¶¶ 55-56; Pet. X ¶ 57). Based on the alleged nature of Plaintiff's claims and the combination of damages sought, the amount in controversy is likely to exceed $75,000.

7.    This Notice of Removal is timely filed because it is filed within thirty (30) days of service of the Complaint on Defendant Federal Express Corporation.

8.      A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the 152nd Judicial District Court of Harris County, Texas, as required by 28 U.S.C. § 1446(d). A copy of the Notice to be filed with the state court clerk is attached hereto as **Exhibit B**.

**WHEREFORE**, for the reasons set forth above, Federal Express Corporation hereby gives notice that the State Court Action in the 152nd Judicial District Court of Harris County, Texas, is removed to the United States District Court for the Southern District of Texas, and the action will proceed in federal court as properly removed thereto.

Respectfully submitted,

**BUTLER SNOW LLP**

*/s/ Mary T. Henderson*
Mary T. Henderson
Attorney-In-Charge
State Bar No. 19713750
S.D. Tex. Bar No. 111969
Mary.Henderson@butlersnow.com
Victoria A. Giese
State Bar No. 24126391
S.D. Tex. Bar No. 3856259
Victoria.Giese@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, TX 78701
Tel: (737) 802-1816
Fax: (737) 802-1801

*Counsel for Defendant Federal Express Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel pursuant to the Federal Rules of Civil Procedure on this the 30th day of December 2024.

Alfonso Kennard, Jr.
Eddie Hodges Jr.
Kennard Law, P.C.
5120 Woodway Dr., Suite 10010
Houston, Texas 77056
filings@kennardlaw.com
alfonso.kennard@kennardlaw.com
eddie.hodges@kennardlaw.com

*Counsel for Plaintiff*

*/s/ Mary T. Henderson*
Mary T. Henderson